**Order filed June 14, 2016.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-01089-CV**

_____

**ROGUE INVESTMENTS, LIMITED LIABILITY CO., Appellant**

**V.**

**TEXAS TARTS, INC., AND KRISTIN TROSTLE, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-52509**

---

## O R D E R

The notice of appeal in this case was filed December 21, 2015. The clerk responsible for preparing the record notified this court that the record is ready but appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On May 16, 2016, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or

before **June 29, 2016**. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM